UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Vikram Bhatia, D.D.S., et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>3M Company,<br><br>　　　　　Defendants. | Case No. 0:16-cv-01304-DWF-DTS<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE PLAN** |

Plaintiffs in the above-captioned action, by and through their undersigned attorneys, respectfully move the Court to enter an Order Granting Preliminary Approval of Settlement between Plaintiffs and Defendant.

This Motion is based on the pleadings, files and records herein, including Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Class Action Settlement and Notice Plan, and supporting documents.

Dated:  March 25, 2019　　　　　*/s/ Daniel C. Hedlund*
　　　　　　　　　　　　　　　　Daniel C. Hedlund (#258337)
　　　　　　　　　　　　　　　　**GUSTAFSON GLUEK PLLC**
　　　　　　　　　　　　　　　　Canadian Pacific Plaza
　　　　　　　　　　　　　　　　120 South 6th Street, Suite 2600
　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　Telephone: (612) 333-8844
　　　　　　　　　　　　　　　　Facsimile: (612) 339-6622
　　　　　　　　　　　　　　　　E-mail:　　dhedlund@gustafsongluek.com

　　　　　　　　　　　　　　　　Warren T. Burns (*Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　(TX State Bar No. 24053119)
　　　　　　　　　　　　　　　　**BURNS CHAREST LLP**
　　　　　　　　　　　　　　　　900 Jackson Street, Suite 500

1

Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
E-mail:     wburns@burnscharest.com

*Plaintiffs' Interim Co-Lead Counsel*

2