UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Vikram Bhatia, D.D.S., et al., on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>3M Company,<br><br>         Defendant. | Case No. 0:16-cv-01304-DWF-DTS<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs in the above-captioned action, by and through their undersigned attorneys, respectfully move the Court to enter an Order Granting Final Approval of Class Action Settlement, between Plaintiffs and Defendant.

This Motion is based on the pleadings, files and records herein, including Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement, and supporting documents.

Dated:   July 31, 2019             */s/ Daniel C. Hedlund*
                                                    Daniel C. Hedlund (#258337)
                                                    **GUSTAFSON GLUEK PLLC**
                                                    Canadian Pacific Plaza
                                                    120 South 6th Street, Suite 2600
                                                    Minneapolis, MN 55402
                                                    Telephone: (612) 333-8844
                                                    Facsimile: (612) 339-6622
                                                    E-mail:     dhedlund@gustafsongluek.com

                                                    Warren T. Burns (*Admitted Pro Hac Vice*)
                                                    (TX State Bar No. 24053119)
                                                    **BURNS CHAREST LLP**

1

900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
E-mail:     wburns@burnscharest.com

*Plaintiffs' Interim Co-Lead Counsel*

2