UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Vikram Bhatia, D.D.S.**, et al., on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>v.<br><br>**3M Company**,<br><br>                        Defendants. | Case No. 0:16-cv-01304-DWF-DTS<br><br>**NOTICE OF FIRM NAME CHANGE AND EMAIL CONTACT CHANGE** |

Please be advised that effective February 1, 2020, Faegre Baker Daniels LLP has changed its name and email addresses.  The new firm name is hereinafter Faegre Drinker Biddle & Reath LLP.  The mailing address and contact telephone number remains unchanged.

The following attorneys, who are counsel of record for Defendant 3M Company may now be reached at the following email addresses:

| Attorney Name | Email Address |
|---|---|
| Wendy J. Wildung | wendy.wildung@faegredrinker.com |
| Laura A. Reilly | laura.reilly@faegredrinker.com |

Counsel for Defendant 3M Company respectfully requests that the Clerk and all counsel update this Firm's new name and email address information.

1

US.126537745.01

| | |
|---|---|
| Dated: February 12, 2020 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | |
| | /s/ *Wendy J. Wildung* |
| | Wendy J. Wildung, #117055 |
| | Laura A. Reilly, #0397655 |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402 |
| | Tel: (612) 766-7000 |
| | Fax: (612) 766-1600 |
| | wendy.wildung@faegredrinker.com |
| | laura.reilly@faegredrinker.com |
| | |
| | *Attorneys for Defendant 3M Company* |

US.126537745.01