# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Vikram Bhatia, D.D.S., et al., on behalf of themselves and all others similarly situated, | Civil No. 16-1304 (DWF/DTS) |
| Plaintiffs, | **ORDER** |
| v. | |
| 3M Company, | |
| Defendant. | |

Pursuant to Plaintiffs' Motion for Second Disbursement of Settlement Funds to Claimants and supporting documents (Doc. No. 170);

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Second Disbursement of Settlement Funds to Claimants (Doc. No. [170]) is **GRANTED**.

2. Plaintiffs' Co-Lead Counsel and the Claims Administrator is authorized to disburse the payment of $2,086,000 to pay approved Fixed Claim Class Members, as identified in Exhibit A to the Declaration of Justin L. Wind, from Associated Bank.

3. Plaintiffs' Co-Lead Counsel and the Claims Administrator is authorized to disburse the payment of $502,449.72 to pay approved Documented Claim Class Members, as identified in Exhibit B to the Declaration of Justin L. Wind, from Associated Bank.

2

    4.    Plaintiffs' Co-Lead Counsel and the Claims Administrator is authorized to disburse the payment of $1,101,103.80 to pay Documented Claim Class Members, as identified in Exhibit C to the Declaration of Justin L. Wind, who are approved to receive 90% or more of their requested amounts so long as these Class Members do not contest the determination within 20 days of receipt of a claim determination letter from the Claims Administrator.

Dated: February 9, 2021                             <u>s/Donovan W. Frank</u>
                                                                DONOVAN W. FRANK
                                                                United States District Judge