# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Vikram Bhatia, D.D.S., et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>3M Company,<br><br>        Defendant. | Case No. 0:16-cv-01304-DWF-DTS<br><br>**PLAINTIFFS' MOTION FOR THIRD DISBURSEMENT OF SETTLEMENT FUNDS TO CLAIMANTS** |

Plaintiffs' Co-Lead Counsel and the Settlement Counsel Review Committee respectfully move the Court to enter an Order approving the recommended awards and to order disbursement of a portion of the settlement proceeds in the above-referenced matter to certain Fixed Amount Claimants, Documented Amount Claimants, and Mixed Amount Claimants for the amounts set forth in the lists of Recommended Award Amounts attached to the Declaration of Justin L. Wind.

This motion is based upon the pleadings, files, and records herein, including Plaintiffs' Co-Lead Counsel's Memorandum of Law in Support of Motion for Third Disbursement of Settlement Funds to Claimants, and supporting documents.

Dated: September 2, 2021        Respectfully submitted,

                                        */s/ Daniel C. Hedlund*
                                        Daniel C. Hedlund (#258337)
                                        **GUSTAFSON GLUEK PLLC**
                                        Canadian Pacific Plaza
                                        120 South 6th Street, Suite 2600
                                        Minneapolis, MN 55402

Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dhedlund@gustafsongluek.com

Warren T. Burns (Admitted *Pro Hac Vice)*
(TX State Bar No. 24053119)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
E-mail: wburns@burnscharest.com

*Plaintiffs' Interim Co-Lead Counsel*