# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Vikram Bhatia, D.D.S., et al., on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>3M Company,<br><br>   Defendant. | Case No. 0:16-cv-01304-DWF-DTS<br><br>**NOTICE OF HEARING ON PLAINTIFFS' MOTION FOR FOURTH DISBURSEMENT OF SETTLEMENT FUNDS TO CLAIMANTS, PAYMENT OF FEES AND EXPENSES FOR THE CLAIMS ADMINISTRATOR, AND PROPOSAL FOR DISTRIBUTION OF REMAINING FUNDS** |

**PLEASE TAKE NOTICE** that the undersigned counsel, will bring Plaintiffs' Motion for Fourth Disbursement of Funds to Claimants, the Claims Administrator, and Fixed-Amount Claimants, before The Honorable Judge Donovan W. Frank, in Courtroom 7C, United States Courthouse, 724 Federal Building, 316 N. Robert Street, St. Paul, MN 55101, on June 30, 2022, at 9:00 AM CDT, or as soon thereafter as counsel may be heard.

Dated: June 2, 2022      Respectfully submitted,

                */s/ Daniel C. Hedlund*
                Daniel C. Hedlund (#258337)
                **GUSTAFSON GLUEK PLLC**
                Canadian Pacific Plaza
                120 South 6th Street, Suite 2600
                Minneapolis, MN 55402
                Telephone: (612) 333-8844
                Facsimile: (612) 339-6622

E-mail: dhedlund@gustafsongluek.com

Warren T. Burns (*Admitted Pro Hac Vice*)
(TX State Bar No. 24053119)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
E-mail: wburns@burnscharest.com

*Plaintiffs' Co-Lead Counsel*