UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Vikram Bhatia, D.D.S., et al., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>3M Company,<br><br>      Defendant. | Case No. 0:16-cv-01304-DWF-DTS<br><br>**MEET AND CONFER STATEMENT** |

Pursuant to Local Rule 7.1(a), Plaintiffs certify that Co-Lead counsel for Plaintiffs met and conferred with counsel for Defendant 3M Company via email, on May 31, 2022, regarding Plaintiffs' Motion for Fourth Disbursement of Settlement Funds to Claimants, Payment of Fees and Expenses for the Claims Administrator, and Proposal for Distribution of Remaining Funds. 3M takes no position on Plaintiffs' motion to distribute funds to class members.

Dated:   June 2, 2022

Respectfully submitted,

*/s/ Daniel C. Hedlund*
Daniel C. Hedlund (#258337)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail:   dhedlund@gustafsongluek.com

Warren T. Burns (*Admitted Pro Hac Vice*)
(TX State Bar No. 24053119)
**BURNS CHAREST LLP**

1

900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
E-mail:    wburns@burnscharest.com

***Plaintiffs' Co-Lead Counsel***