# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Vikram Bhatia, D.D.S., et al., on behalf of themselves and all others similarly situated, | Civil No. 16-1304 (DWF/DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| 3M Company, | |
| Defendant. | |

Pursuant to Plaintiffs' Motion for Fourth Disbursement of Funds to Claimants, Payment of Fees and Expenses for the Claims Administrator, and Proposal for Distribution of Remaining Funds (Doc. No. 190), and supporting documents:

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Fourth Disbursement of Funds to Claimants, Payment of Fees and Expenses for the Claims Administrator, and Proposal for Distribution of Remaining Funds (Doc. No. [190]) is **GRANTED**.

2. Plaintiffs' Co-Lead Counsel and the Claims Administrator is authorized to disburse the payment of $727,250.00 to pay the approved Fixed-Amount claims during the Supplemental Claim Period, as identified in Exhibit A to the Declaration of Justin L. Wind, from Associated Bank.

3. Plaintiffs' Co-Lead Counsel and the Claims Administrator is authorized to disburse the payment of $139,875 to pay certain Claimants, their full awards, who were

previously approved for partial awards, as identified in Exhibit B to the Declaration of Justin L. Wind, from Associated Bank.

4. Plaintiffs' Co-Lead Counsel and the Claims Administrator is authorized to disburse $9,155,805.22, the remaining funds of this settlement, on a pro rata basis to those claimants who submitted and were approved for Fixed-Amount Class Members during this Claims Review process, as identified in Exhibit A to the Declaration of Daniel C. Hedlund.

5. Plaintiffs' Co-Lead Counsel and the Claims Administrator is authorized to disburse the payment of $647,060.11 to pay approved past, current, and future fees and costs of the Court-Appointed Claims Administrator, BrownGreer.

Dated: June 30, 2022                    s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge